

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No. 5:13-CR-442 (GTS) |
| v. | INDICTMENT |
| KAYLON B. PRUITT, | Violation:<br>18 U.S.C. § 922(g)(1) |
| Defendant. | [Oneida County] |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE GRAND JURY CHARGES:

COUNT 1

On or about October 15, 2013, in the Northern District of New York, the defendant,

**KAYLON B. PRUITT,**

having been convicted in court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting commerce, namely, a Mossberg model 500A 12 gauge shotgun, bearing serial number R391506, manufactured in Connecticut, in violation of Title 18, United States Code, Section 922 (g)(1).

1

## FORFEITURE ALLEGATION

1. The allegation contained in Count 1 of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Count 1 of this Indictment, the defendant, **KAYLON B. PRUITT**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to: One Mossberg model 500A 12 gauge shotgun, bearing serial number R391506, manufactured in Connecticut.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

A TRUE BILL,   \*\*\*NAME REDACTED\*\*\*

_____
Grand Jury Foreperson

RICHARD S. HARTUNIAN
United States Attorney

By: _____
Richard R. Southwick
Assistant United States Attorney
Bar Roll No. 506265

By: _____
Grant Jaquith
Special Assistant U.S. Attorney
Bar Roll No. 601383

3